IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL J. SCHROEDER,<br><br>Plaintiff,<br><br>v.<br><br>BONANZA GOLD TRUCKING, LLC,<br>and JOHN PATRICK PATTON,<br><br>Defendants. | Case No. 3:21-CV-00058-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of September 26, 2022 (Doc. 82), and the joint Stipulation of Dismissal dated November 17, 2022 (Doc. 83), this entire action is **DISMISSED with prejudice**.

DATED:   November 18, 2022

MONICA A. STUMP,
Clerk of Court

By:  s/ *Deana Brinkley*
         Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge